IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| O'NEIL RICHARD CLUE, | |
| Petitioner, | CIVIL ACTION NO.: 5:21-cv-80 |
| v. | |
| DANIEL GREENWALT, et al., in their official capacities, | |
| Respondents. | |

## **O R D E R**

The Court **ORDERS** the parties to appear before the Court for an evidentiary hearing on this matter on Thursday, June 23, 2022, at 10:30 a.m. in the Waycross, Georgia courthouse. The parties are advised only counsel for the parties need to be in attendance for this hearing. Counsel should be prepared to present facts and argument relating to Petitioner O'Neil Clue's 28 U.S.C. § 2241 proceedings.

**SO ORDERED**, this 13th day of June, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA