AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

O'NEIL RICHARD CLUE,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:21-cv-80

DANIEL GREENAWALT, et al.,

    Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 7, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Clue's Petition for Writ of Habeas Corpus is granted, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

December 13, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020